```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/30/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Claider Cuello individually and on behalf of others similarly situated,

                Plaintiff,

-against-

Soler Brothers Deli Grocery Corp.,

                Defendants.

1:21-cv-05725 (PGG) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

    This case has been assigned to me for general pretrial management. (ECF No. 10.) The parties (or, if no defendants have appeared in the case, only the plaintiff) shall appear for a Telephone Conference on Thursday, August 5, 2021 at 2:00 p.m. to discuss the status of this case. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

**SO ORDERED.**

DATED:    New York, New York
              July 30, 2021

_____
STEWART D. AARON
United States Magistrate Judge