UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  8/5/2021
```

Claider Cuello individually and on behalf of others similarly situated,

                Plaintiff,

-against-

Soler Brothers Deli Grocery Corp.,

                Defendants.

1:21-cv-05725 (PGG) (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

Following a telephone conference today, for which only Plaintiff appeared, it is hereby Ordered that, if Defendants have not appeared by August 31, 2021, Plaintiff shall request a Clerk's Certificate of Default from the Clerk of the Court pursuant to Local Civil Rule 55.1.

**SO ORDERED.**

DATED:      New York, New York
               August 5, 2021

_____
STEWART D. AARON
United States Magistrate Judge