```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/01/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Claider Cuello individually and on behalf of others similarly situated,

                    Plaintiff,

-against-

Soler Brothers Deli Grocery Corp.,

                    Defendants.

1:21-cv-05725 (PGG) (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

In light of the Court's referral of this action for early mediation (*see* Mediation Referral Order, ECF No. 24 (referring for mediation prior to Rule 16(b) conference)), it is hereby Ordered that the Initial Pretrial Conference scheduled for October 6, 2021 (*see* Order, ECF No. 22) is adjourned *sine die*. No later than five days after the mediation is complete, the parties shall submit a joint status letter advising the Court of the outcome of the mediation.

**SO ORDERED.**

DATED:    New York, New York
               October 1, 2021

_____
STEWART D. AARON
United States Magistrate Judge