UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
CLAIDER CUELLO, *individually and on behalf of others similarly situated*,

                *Plaintiff*,

-against-

SOLER BROTHERS DELI GROCERY CORP. ((D/B/A SOLER BROTHERS DELI) (A.K.A 2015 DELI FOOD), CASTILLO SOLER, and GABRIEL SOLER

                *Defendants*.
---------------------------------------------------------X

**Case** 1:21-cv-05725-PGG

**PLAINTIFF'S NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT**

TO:    Benjamin Sharav
        Victor J. Molina , Jr
        Law Office of Victor J. Molina
        930 Grand Concourse, Ste 1A
        Bronx, NY 10451
        (718)-401-1600
        Email: v.j.molina@verizon.net
                  Juris_ben@msn.com

       PLEASE TAKE NOTICE that Plaintiff CLEYDER CUELLO hereby accepts the offer of judgment made by SOLER BROTHERS DELI GROCERY CORP. ((D/B/A SOLER BROTHERS DELI) (A.K.A 2015 DELI FOOD), CASTILLO SOLER, and GABRIEL SOLER pursuant to Rule 68 of the Federal Rules of Civil Procedure, dated December 9, 2021  A true copy of the offer of judgment is annexed hereto as Exhibit A.

Dated: New York, New York
       December 10, 2021

Respectfully submitted,

_/s/_

Bryan D. Robinson, Esq.
CSM Legal, PC
60 East 42nd Street, Suite 4510
New York, NY 10165
212-317-1200