UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
CLAIDER CUELLO, individually and on behalf of
others similarly situated,

                Plaintiff,

-against-

SOLER BROTHERS DELI GROCERY
CORP. ((D/B/A SOLER BROTHERS DELI)
(A.K.A 2015 DELI FOOD), CASTILLO
SOLER, and GABRIEL SOLER

                Defendants.
----------------------------------------------------------X

Case 1:21-cv-05725-PGG

**JUDGMENT**

      On _____ Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

      NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows: That the Plaintiff Cleyder Cuello, have judgment against Defendants SOLER BROTHERS DELI GROCERY CORP. ((D/B/A SOLER BROTHERS DELI) (A.K.A 2015 DELI FOOD), CASTILLO SOLER, and GABRIEL SOLER (collectively "Defendants"), jointly and severally, in the amount of $48,000.00, (Forty-Eight Thousand Dollars and Zero Cents) which is inclusive of interest, attorneys' fees and costs.

    Dated: _____, 20\_\_    SO ORDERED,

                                                    _____