UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CLAIDER CUELLO, individually and on behalf of
others similarly situated,

                    Plaintiff,

      - against -

SOLER BROTHERS DELI GROCERY CORP.
(d/b/a "Soler Brothers Deli") (a/k/a "2015 Deli
Food"), CASTILLO SOLER, and GABRIEL
SOLER,

                    Defendants.
------------------------------------------------------------X

Case 1:21-cv-05725-PGG

**JUDGMENT**

On December 10, 2021 Plaintiff filed a notice of acceptance of offer of judgment

pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED, AND DECREED as follows:  That the

Plaintiff CLAIDER CUELLO have judgment against Defendants SOLER BROTHERS DELI

GROCERY CORP. (d/b/a "Soler Brothers Deli") (a/k/a "2015 Deli Food"), CASTILLO

SOLER, and GABRIEL SOLER (collectively "Defendants"), jointly and severally, in the amount

of $48,000.00 (Forty-Eight Thousand Dollars and Zero Cents), which is inclusive of interest,

attorneys' fees and costs.

Dated:  December 15, 2021           SO ORDERED.

 

_____
Paul G. Gardephe
United States District Judge